UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HASPEL & DAVIS MILLING & PLANTING CO., LTD., REPRESENTED HEREIN BY ITS PRESIDENT, KARL M. SAMUELS, POYDRAS MINERALS L.L.C., SUCCESSOR IN INTEREST OF POYDRAS REALTY COMPANY, REPRESENTED BY ITS CO-MANAGERS, GEORGE B. JURGENS, III AND FRANK A. TESSIER, BILLIE BREUILLE, ARTHUR Q. DAVIS, LAWRENCE H. IVERSON, FOR THEMSELVES AND ON BEHALF OF ALL OTHER MEMBERS OF A STATE RECOGNIZED CLASS ACTION<br><br>VERSUS<br><br>BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT | CIVIL ACTION<br><br>NO. 06-3829<br><br>JUDGE LIVAUDAIS<br><br>MAG. CHASEZ<br><br>SECTION E, MAG. 5 |

**MOTION FOR ISSUANCE OF WRIT AND FOR GARNISHMENT**

NOW INTO COURT, through undersigned counsel, comes Haspel & Davis Milling & Planting Co., Ltd., represented herein by its President, Karl M. Samuels, Poydras Minerals L.L.C., Successor in Interest of Poydras Realty Company, represented by its co-Managers, George B. Jurgens, III and Frank A. Tessier, Billie Breuille, Arthur Q. Davis, Lawrence H. Iverson, for themselves and on behalf of all other Members of a State Recognized Class Action (hereinafter "Petitioners") who respectfully represent:

-1-

I.

Petitioners obtained a judgment against the Board of Levee Commissioners of the Orleans Levee District in the amount of EIGHTEEN MILLION SIX HUNDRED TWENTY-TWO THOUSAND, FIVE HUNDRED NINETY AND 28/100 ($18,622,590.28) DOLLARS, comprising principal and interest through November 22, 2006, plus a per diem rate of $2,485.01 from November 22, 2006 until paid.

II.

The judgment was signed the 10th day of October, 2006. A notice of conditional appeal from this judgment has been filed

III.

Petitioners are entitled to have a writ of fieri facias issue herein directed to each garnishee as well as any persons holdings funds of the judgment debtor and for all property of judgment debtor.

IV.

Petitioners have reason to believe that Clayton Williams Energy, Inc. has or will have funds under its control belonging to the judgment debtor and should therefore be cited as garnishee and ordered to answer the annexed interrogatories according to law, pursuant to FRCP 69 and La C.C.P. Arts. 2411 et seq.

V.

Petitioners have reason to believe that BEPCO, L.P. has or will have funds under its control and should therefore be cited as garnishee and ordered to answer the annexed interrogatories

according to law, pursuant to FRCP 69 and La C.C.P. Arts. 2411 et seq.

VI.

Petitioners have reason to believe that Eland Energy, Inc. has or will have funds under its control and should therefore be cited as garnishee and ordered to answer the annexed interrogatories according to law, pursuant to FRCP 69 and La C.C.P. Arts. 2411 et seq.

VII.

The total amount owed by defendant is $18,622,590.28 through November 22, 2006 with a per diem of $2,485.01, all as shown on "Statement of Account", which is attached hereto as Exhibit "A".

WHEREFORE, Petitioners pray that:

1. A writ of fieri facias issue herein.

2. Clayton Williams Energy, Inc. be cited as garnishee and ordered to answer the annexed interrogatories, according to law.

3. BEPCO, L.P. be cited as garnishee and ordered to answer the annexed interrogatories, according to law.

4. Eland Energy, Inc. be cited as garnishee and ordered to answer the annexed interrogatories, according to law.

5. For all other relief as is just and equitable.

Respectfully submitted,<br>
BALDWIN HASPEL, LLC<br><br>
s/ James P. Magee<br>
JEROME J. RESO, JR (#11185)<br>
JAMES P. MAGEE, T.A. (#01203)

-3-

1100 Poydras Street, Ste. 2200
New Orleans, Louisiana 70163
Telephone: (504) 585-7711
Facsimile: (504) 585-7751

ADAMS & REESE, LLC
MALCOLM A. MEYER (#8965)
CONRAD MEYER, IV (#9475)
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139
*Class Counsel*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon Defendant by email through the court's electronic filing system and by mailing same by First Class United States mail, properly addressed and postage prepaid on this 5th day of December, 2006.

                                                                    s/ James P. Magee