UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HASPEL & DAVIS MILLING & PLANTING CO., LTD., REPRESENTED HEREIN BY ITS PRESIDENT, KARL M. SAMUELS, POYDRAS MINERALS L.L.C., SUCCESSOR IN INTEREST OF POYDRAS REALTY COMPANY, REPRESENTED BY ITS CO-MANAGERS, GEORGE B. JURGENS, III AND FRANK A. TESSIER, BILLIE BREUILLE, ARTHUR Q. DAVIS, LAWRENCE H. IVERSON, FOR THEMSELVES AND ON BEHALF OF ALL OTHER MEMBERS OF A STATE RECOGNIZED CLASS ACTION | CIVIL ACTION<br><br>NO. 06-3829<br><br>JUDGE LIVAUDAIS<br><br>MAG. CHASEZ |
| VERSUS | SECTION E, MAG. 5 |
| BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT | |

**ORDER**

Upon consideration of the above and foregoing Motion for Issuance of Writ and for Garnishment:

IT IS ORDERED that:

1. a writ of fieri facias issue herein and

2. Clayton Williams Energy, Inc., BEPCO, L.P. and Eland Energy, Inc. be cited as garnishees and that they answer the annexed Interrogatories, according to law.

New Orleans, Louisiana, this ___5th___ day of ___December___, 2006.

_____
JUDGE