# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Haspel & Davis Milling & Planting Co. et al | **COURT CASE NUMBER** 06-3829-E |
| **DEFENDANT** Board of Levee Commissioners of the Orleans District | **TYPE OF PROCESS** Garnishment Interrogatories |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eland Energy, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o CT Corporation, 8550 United Plaza Blvd, Baton Rouge, LA 70809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jim Magee
Baldwin Haspel, LLC
1100 Poydras St., Ste 2200
New Orleans, LA 70163

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Notice of Seizure
Citation to Garnishee
Judgment

Signature of Attorney or other Originator requesting service on behalf of: **☒ PLAINTIFF ☐ DEFENDANT**
Beverly Klundt Bardow
**TELEPHONE NUMBER** 504-585-7711
**DATE** 12/5/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process 4 | District of Origin No. 34 | District to Serve No. 95 | Signature of Authorized USMS Deputy or Clerk Joanne Waite | Date 12/6/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Triona Smith, Fulfillment Spec.

Date of Service: 12-7-06  Time: 3:25 pm

| Service Fee 45.00 | Total Mileage Charges 1.93 | Forwarding Fee 8.00 | Total Charges 54.93 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: mailed to B.R. 12/6/06    JDIS    06-3829-E    X Dktd

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)